# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES E. BERRIGAN, JR.,
HUSBAND OF/AND LAURIE
BERRIGAN, AND LOUISIANA
GLASS, INC.

VERSUS

DAVID LANG, CAJUN READY MIX
CONCRETE, L.L.C. AND THE
GRAY INSURANCE COMPANY

NO.  2026 CW 0651

JUNE 11, 2026

---

In Re:   United Fire & Indemnity Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 706944.

---

BEFORE:  WOLFE, HESTER, AND BALFOUR, JJ.

WRIT DENIED.

EW
CHH
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT